KOCH v. KOCH
(No. 1593; April 15, 1930; 287 Pac. 85)

The cause was submitted for the appellant on the brief of *Cassius M. Eby,* of Laramie, Wyoming.

For the respondent there was a brief by *F. E. Anderson,* of Laramie, Wyoming, and oral argument by *Mr. Anderson.*

*Per Curiam.*

This is an appeal from a judgment entered in the District Court April 29, 1929. The record contains a notice of appeal filed May 1, 1929, but nothing to show service of the notice. The statute (§ 6402, C. S. 1920) provides that "an appeal must be taken by serving a notice in writing to such effect," etc. The fact of service must be shown by the record to give this court jurisdiction. Culbertson v. Ainsworth, 26 Wyo. 214, 181 Pac. 418.

The appeal must be dismissed.